Kristine BODY, Plaintiff–Appellant,

v.

**SECRETARY, DEPARTMENT
OF VETERANS AFFAIRS,
Defendant–Appellee.**

No. 14–15816.

United States Court of Appeals,
Eleventh Circuit.

Oct. 6, 2015.

Joseph D. Magri, Merkle Magri & Meythaler, PA, Tampa, FL, for Plaintiff–Appellant.

Karin Bethany Hoppmann, John F. Rudy, III, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Jason P. Mehta, U.S. Attorney's Office, Jacksonville, FL, for Defendant–Appellee.

Before TJOFLAT and HULL, Circuit Judges, and HALL,* District Judge.

PER CURIAM:

After review of the record and with the benefit of oral argument by counsel for the parties, this Court finds no reversible error in the district court's grant of the defendant's motion for summary judgment on the plaintiff Kristine Body's employment discrimination and hostile work environment claims against the defendant Secretary, Department of Veterans Affairs, Accordingly, we affirm the district court's final judgment in favor of the defendant.

**AFFIRMED.**

---

* Honorable J. Randal Hall, United States District Judge for the Southern District of Georgia, sitting by designation.